## ATTACHMENT A

This warrant authorizes the use of the electronic investigative technique described in Attachment B to identify the location of the cellular device assigned phone number (802) 430-1620, with international mobile subscriber identity / electronic serial number 310410848941677, whose wireless provider is AT&T.