✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

United States of America

V.

Marco Antonio Lam Peralta

**EXHIBIT AND WITNESS LIST**

Case Number: 2:15-cr-152-2

| PRESIDING JUDGE Hon. William K. Sessions III | PLAINTIFF'S ATTORNEY Michael P. Drescher, AUSA | DEFENDANT'S ATTORNEY Ernest M. Allen III, Esq. |
|---|---|---|
| TRIAL DATE (S) 3/29/2017 | COURT REPORTER JoAnn Carson, Capitol Court Reporters, Inc. | COURTROOM DEPUTY Joanne Muir |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/29/17 | ✓ | ✓ | Transcript Recorded Interview Lam Peralta 3/22/16 |
| 2 | | 3/29/17 | ✓ | ✓ | Recorded Interview Lam Peralta 3/22/16 |
| 2a | | 3/29/17 | ✓ | ✓ | Portion of Recorded Interview 00:00-20:00 |
| 2b | | 3/29/17 | ✓ | ✓ | Portion of Recorded Interview 2:06:20-2:08:00 |
| (1) | | 3/29/17 | | | Brian Wood |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages